The People of the State of Colorado, Plaintiff-Appellee, v. Sandra Bernice Ortega, Defendant-Appellant. No. 18CA2189
Court of Appeals of Colorado, Third Division
October 7, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Adams
 County District Court No. 17CR5114 Honorable Donald S. Quick,
 Judge
 
 
 
 OPINION
 
 
 
 FURMAN, JUDGE
 
 
 JUDGMENT
 REVERSED AND CASE REMANDED WITH DIRECTIONS
 
 
 
 Lipinsky and Brown, JJ., concur